# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Lamaar Tyrone Brazier,

    Plaintiff

v.

Nicholas Brigrandi, et al.,

    Defendants

Case No.: 2:17-cv-00037-JAD-PAL

**Order Adopting
Report & Recommendation
and Closing Case**

[ECF No. 12]

    Pro se plaintiff Lamaar Tyrone Brazier is a prisoner in the custody of the Nevada Department of Corrections. He brings this civil-rights action to redress what he claims was retaliation against him by officers of the Las Vegas Metropolitan Police Department.[1] Magistrate Judge Peggy Leen screened Brazier's second amended complaint, found that he fails to state any plausible claim for relief, and gave him until March 1, 2019, to file an amended complaint if he can cure the deficiencies in his claims.[2] The screening order warned Brazier that his failure to submit a proper third amended complaint by that deadline would "result in a recommendation to the district judge that this case be dismissed."[3]

    Brazier did not file a third amended complaint or seek an extension of the deadline to do so. Plus, the screening order was returned as undeliverable, which means that Brazier has not kept the court apprised of his current address as Local Rule IA 3-1 requires him to. So, the magistrate judge recommends that I dismiss this case unless Brazier files a third amended complaint by April 5, 2019, and updates his address with the court. The April 5, 2019, deadline

---

[1] ECF No. 10 (Screening Order).

[2] *Id*.

[3] *Id*. at 17.

1

has passed, and Brazier has not taken this necessary action. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Having reviewed the R&R, I find good cause to adopt it, and I do.

Accordingly, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 13] is ADOPTED** in its entirety. **This action is dismissed without prejudice** for failing to comply with the court's orders and rules. **The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE**

Dated: April 8, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).